AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 20-sw-85
18 DIGITAL DEVICES, CURRENTLY LOCATED AT THE )
WASHINGTON OFFICE OF THE DRUG ENFORCEMENT )
ADMINISTRATION, 801 I STREET NW, WASHINGTON, D C )
UNDER RULE 41 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of ___Columbia___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated by reference)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated by reference)

**YOU ARE COMMANDED** to execute this warrant on or before ___March 30, 2020___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.     ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Robin M. Meriweather___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*     ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3/16/2020     [signature] 2020.03.16 17:00:21 -04'00'
                                              *Judge's signature*

City and state: Washington, D.C.     Robin M. Meriweather, United States Magistrate Judge
                                              *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 20-sw-85 | Date and time warrant executed: 03/24/2020 @ 09:30 am | Copy of warrant and inventory left with: Not Applicable |
| Inventory made in the presence of : Charles Siebert | | |
| Inventory of the property taken and name(s) of any person(s) seized: Electronic data extracted and preserved. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/24/2020

*Executing officer's signature*

Special Agent William Johnston
*Printed name and title*

## ATTACHMENT A

1. The pieces of property to be searched are cellular telephones and computers, hereinafter the "DEVICES", and are further described as follows:

| | |
|---|---|
| (a) | Alcatel Cell phone; IMEI 015026003929237 |
| (b) | Samsung Flip Phone; MEID hex A0000048D17EF6 |
| (c) | ZTE Cell Phone - AT&T |
| (d) | Samsung Galaxy S8; FCCID: A3LSMG892A |
| (e) | Samsung Cell Phone; IMEI 354727082440710 |
| (f) | Samsung Cell Phone; IMEI 354727088783162 |
| (g) | LG Cell Phone; IMEI 354233083248640 |
| (h) | LG Cell Phone; IMEI 354892-07-357362-0 |
| (i) | LG Cell Phone; IMEI 013341-00-080267-1 |
| (j) | LG Cell Phone; IMEI DEC 270113183812318462 |
| (k) | LG Cell Phone; IMEI DEC 270113183811641651 |
| (l) | Alcatel Cell phone; IMEI 015163006402043 |
| (m) | Alcatel Cell phone; IMEI 015114003019652 |
| (n) | LG Cell Phone; IMEI 014651-00-426573-6 |
| (o) | LG Cell Phone; IMEI 354233081390642 |
| (p) | LG Cell Phone; IMEI 358385081376918 |
| (q) | Alcatel Cell phone; IMEI 015371001446432 |
| (r) | HP laptop computer; Serial #: 5CD4472RTL |

2. The DEVICES are currently located at in the non-drug evidence vault at the Washington Office of the Drug Enforcement Administration, 801 I Street NW, Washington, DC 20001. This warrant authorizes the forensic examination of the DEVICES for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

1.  All records on the DEVICES described in Attachment A that relate to violations of possession with intent to distribute and distribution of controlled substances, in violation of 21 U.S.C. § 841(a)(1); conspiracy to possess with intent to distribute and distribute controlled substances, in violation of 21 U.S.C. § 846; conspiracy to distribute, and possess with intent to distribute, controlled substances, knowing and intending that such substances would be unlawfully imported into the United States, in violation of 21 U.S.C. §§ 959(a) and 963; use of communication facilities to facilitate the commission of the above offenses involving controlled substances, in violation of 21 U.S.C. § 843(b); and using and maintaining a place for the purpose of manufacturing, storing, and distributing controlled substances in violation of 21 U.S.C. § 856, and involve Toriano JOHNSON, including:

    a. the nature, scope, extent and methods of operation of the crack cocaine trafficking activities in which the target subjects and others as yet unknown or not yet fully identified are engaged;

    b. the methods of operation of the target subjects including, but not limited to, the means and manner by which individuals are obtaining and redistributing large quantities of crack cocaine in Virginia;

    c. the identities, roles, and telephone numbers of co-conspirators, accomplices, aiders and abettors, and other participants in such illegal activity;

    d. the source of money and controlled substances;

    e. the existence and location of apartments, residences, businesses and other premises used in the furtherance of the illegal activity;

    f. the methods of operation for transferring proceeds of illegal drug sales;

  g. the existence and location of records of the illegal activity;

  h. the existence, location, and source of resources used to finance the illegal activity;

  i. the existence and location of any other items or means used in furtherance of those activities; and

  j. the dates, times, and details of the continued commission of the above-mentioned offenses;

2. Evidence of user attribution showing who used or owned the DEVICES at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

3. As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.